UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-578-GCM

| STANLEY MARVIN CAMPBELL, | ) |  |
|---|---|---|
| Appellant, | ) | |
| v. | ) | **ORDER** |
| THE HANOVER INSURANCE COMPANY, | ) | |
| Appellee. | ) | |

**THIS MATTER** is before the Court on its own motion. Having reviewed the filings of both Parties, the Court finds that requesting a surreply on behalf of Appellee is appropriate in light of the complexity of the issues before the Court and the new issue that the Appellant raised in its Reply Brief regarding the appropriate scope of the record. Appellee is hereby ordered to file a surreply, not to exceed twenty pages, within twenty days from the entry of this Order. Such surreply should include, but is not limited to, the issue of whether the Bankruptcy Court and this Court may properly review the record in the underlying bankruptcy case.

**SO ORDERED**.

Signed: June 1, 2011

Graham C. Mullen
United States District Judge