# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Stanley Marvin Campbell ,

    Plaintiff(s)/Appellant,                    JUDGMENT IN A CIVIL CASE

vs.                                                  3:10-cv-578

The Hanover Insurance Company,

    Defendant(s)/Appellee.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2011 Order.

                                              Signed: September 22, 2011

*Frank G. Johns, Clerk*
*United States District Court*